1  KAREN L. UNO  State Bar #117410
   DAVID P. BOROVSKY  State Bar #216588
2  LONG & LEVIT LLP
3  465 California, Suite 500
   San Francisco, CA  94104
4  TEL: (415) 397-2222  FAX: (415) 397-6392

5  Attorneys for Plaintiff
   NATIONWIDE MUTUAL INSURANCE COMPANY
6

FILED

AUG 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11  NATIONWIDE MUTUAL INSURANCE          CASE No. 1:08-cv-01863-AWI-GSA
    COMPANY,
12                                        **STIPULATION OF DISMISSAL OF**
                           Plaintiff,     **ACTION WITH PREJUDICE**
13

14       vs.

15  HELADOS LA TAPATIA, INC,
    EMILIO SANDOVAL, JULIO C.
16  LOPEZ MARQUEZ and DOES 1-50,
    inclusive,
17
                           Defendants.
18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION OF DISMISSAL OF ACTION

1      IT IS HEREBY STIPULATED by and between the parties to this action through their

2 designated counsel that the following claims in the above captioned action be and hereby are

3 dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1) and that each party will bear its own

4 fees and costs.

5

6   Dated: August 5 , 2009

7

                          LONG & LEVIT LLP

                          KAREN L. UNO

8                           Attorneys for Nationwide Mutual Insurance
                          Company

9

10                           MARDEROSIAN, RUNYON, CERCONE, LEHMAN
                          & ARMO

11

12   Dated: July 27, 2009

                          SUE ANN CERCONE

13                           Attorneys for Helados La Tapatia, Inc. and Emilio
                          Sandoval, individually

14

15                           W.J. SMITH & ASSOCIATES

16

17   Dated: July _____, 2009

                          WILLIAM J. SMITH

18                           Attorneys for Defendant Julio C. Lopez Marquez

19

20

21 DOCS\S5240-361\S66817.V1

22

23

24

25

26

27

28

LONG & LEVIT LLP
445 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION OF DISMISSAL OF ACTION

08-06-'09 07:23 FROM-Smith & Associates    +559-432-4871    T-533  P0003/0003 F-654
08/03/2009 17:15 FAX                                                    ☐004/004
Case 1:08-cv-01863-AWI-GSA   Document 15   Filed 08/14/09   Page 3 of 3
Case 1:08-cv-01863-AWI-GSA   Document 14   Filed 08/12/2009   Page 3 of 3

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the following claims in the above captioned action be and hereby are

3  dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1) and that each party will bear its own

4  fees and costs.

5                                          LONG & LEVIT LLP

6

7  Dated: July _____, 2009          _____
                                          KAREN L. UNO
8                                          Attorneys for Nationwide Mutual Insurance
                                          Company
9

10                                         MARDEROSIAN, RUNYON, CERCONE, LEHMAN
                                          & ARMO
11

12  Dated: July _____, 2009         _____
                                          SUE ANN CERCONE
13                                         Attorneys for Helados La Tapatia, Inc. and Emilio
                                          Sandoval, individually
14

15                                         W.J. SMITH & ASSOCIATES

16

17  Dated: July 8/4 __, 2009          _____
                                          WILLIAM J. SMITH
18                                         Attorneys for Defendant Julio C. Lopez Marquez

19                                     It is so Ordered.  Dated: 8-13-09

20

21  DOCS\S5240-361\566817.V1          _____
                                          United States District Judge
22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222